# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DANNY MAJOR, JR.

VERSUS

EMPLOYERS MUTUAL CASUALTY
COMPANY, ET AL

NO.   2020 CW 0594

**SEPTEMBER 2, 2020**

---

In Re:   Employers Mutual Casuality Company, Annison/Bitter Heating & Air Conditioning, Inc., and Holden Bitter, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 159425.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**AHP**
**WIL**

**Higginbotham, J.,** concurs.   The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT